UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>CLS PROPERTIES LLC,<br><br>                 Debtor.<br>_____<br>ROBERT D. STEINBERG,<br><br>                 Plaintiff,<br>   v.<br>DONALD HUGILL, et al.,<br><br>                 Defendants. | Bankruptcy No. 04-01602<br><br>CASE NO. C05-647JLR<br><br>MINUTE ORDER |

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    The court strikes Puget Sound Investment Group ("PSIG") as a party to this matter based on Appellants' submission stating that they "erroneously listed" PSIG as an Appellee in their amended notice of appeal. Dkt. # 11, at 1. Additionally, the court strikes tomorrow's hearing, previously scheduled for 9 a.m., to determine whether PSIG was a proper party to this appeal.

    Filed and entered this 17th day of May, 2005.

                                                        BRUCE RIFKIN, Clerk

                                                          s/Mary Duett
                                                   By                               Deputy Clerk

MINUTE ORDER